IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR MARCELINO MARES,

      Petitioner,                  No. CIV S-11-2562 EFB P

    vs.

M. STAINER,

      Respondent.              ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    Petitioner challenges an administrative determination at Tehachapi State Prison in Kern County and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: October 17, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2